UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COTY BELLAZIN

VERSUS

GRAIG D. HAYES, ET AL.

CIVIL ACTION

NO. 09-458-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 22, 2009 (doc. no. 11) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the motion to remand is GRANTED, and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana. Further, the plaintiff's motion for attorney's fees and costs are DENIED.

Baton Rouge, Louisiana, this 2nd day of December, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA